1  **BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
2  120 Broadway, Suite 300
Santa Monica, CA 90401-2386
3  Telephone:  310-576-2100
Facsimile:  310-576-2200
4  Email:   reboone@bryancave.com

5  **BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
6  Berrie R. Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
7  Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
8  Email:   james.goldberg@bryancave.com
Email:   berrie.goldman@bryancave.com
9

10  Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB (erroneously
11  sued as COUNTRYWIDE BANK, AFB), and BANK OF AMERICA

12              **UNITED STATES DISTRICT COURT**

13     **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

14

| | |
|---|---|
| 15  ASIF M. QURESHI | Case No. 3:09-CV-04198-EMC |
| 16         Plaintiff, | [Assigned to Magistrate Judge Edward M. Chen] |
| 17     vs. | |
| 18  COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, AFB; BANK OF | **STIPULATION EXTENDING THE TIME TO RESPOND TO COMPLAINT** ; ORDER |
| 19  AMERICA; | Date:  December 16, 2009 (CMC) |
| 20  DOES 1-100 | Time:  1:30 p.m. Location:  Courtroom C, 15th Floor |
| 21 | 450 Golden Gate Ave. San Francisco, CA 94102 |
| 22         Defendants. | Complaint Filed: August 7, 2009 |
| 23 | Trial Date: None Set |
| 24 | |

25         Counsel for Plaintiff ASIF M. QURESHI ("Plaintiff"), and counsel for defendants

26  COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, and BANK OF

27  AMERICA ("Defendants") submit this stipulation and proposed order relating to the operative

28  complaint in this case:

14161                                     1

1       WHEREAS, the Defendants removed the instant case to federal court on September 10,

2  2009;

3       WHEREAS, the Plaintiff will file a First Amended Complaint with this Court no later than

4  September 18, 2009;

5       WHEREAS, Defendant Countrywide Home Loans, Inc. has agreed to continue the subject

6  foreclosure sale for 30 days from the current date to October 21, 2009;

7       WHEREAS, Plaintiff and Defendants agree that judicial economy and the interests of the

8  parties in avoiding unnecessary expenses would be best served and promoted by extending the

9  time required for Defendants to respond to the Complaint;

10      IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants that the time

11  required for Defendants to respond to Plaintiff's Complaint shall be extended until 10 days

12  following service of the First Amended Complaint on Defendants in accordance with

13  Fed. R. Civ. P. 15(a)(3).

14      Plaintiff and Defendants hereby certify that there have been no prior extension requests

15  relating to this subject matter.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  14161        2

STIPULATION EXTENDING TIME TO RESPOND
TO COMPLAINT

27

28

1  Dated: September 16, 2009

**BRYAN CAVE LLP**
Robert E. Boone
James R. Goldberg, Esq.
Berrie R. Goldman, Esq.

By: *Berrie Goldman*
     Berrie R. Goldman
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE BANK, FSB, and BANK OF
AMERICA

Dated: September 16, 2009

**HASSAN LAW FIRM**
Rey Hassan, Esq.

By: *Rey Hassan*
     Rey Hassan
Attorney for Plaintiff
ASIF M. QURESHI

14161

3

STIPULATION EXTENDING TIME TO RESPOND
TO COMPLAINT

# [PROPOSED] ORDER

Having reviewed the Stipulation of Plaintiff ASIF M. QURESHI, and Defendants COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, and BANK OF AMERICA, and good cause appearing, IT IS ORDERED THAT Defendants COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, and BANK OF AMERICA shall have ten (10) days following service on Defendants of Plaintiff's First Amended Complaint in which to file a responsive pleading. Plaintiff shall file the First Amended Complaint no later than September 18, 2009.

Dated: ___9/18/09___

Magistrate    Judge of the Superior District

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14161

4

STIPULATION EXTENDING TIME TO RESPOND
TO COMPLAINT