**HASSAN LAW FIRM**
Rey Hassan, California Bar No. 50717
1801 Bush Street #304
San Francisco, CA 94109
Telephone: (415) 775-9700
Facsimile: (415) 775-2507
Email:     reylaw@earthlink.net

Attorney for Plaintiff
ASIF M. QURESHI

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Berrie R. Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:      james.goldberg@bryancave.com
             berrie.goldman@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION, COUNTRYWIDE BANK FSB, RECONTRUST COMPANY, and RECONTRUST COMPANY, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| ASIF M. QURESHI<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; BANK OF AMERICA; RECONTRUST COMPANY AND RECONTRUST COMPANY, N.A., WHOLLY-OWNED SUBSIDIARIES OF BANK OF AMERICA<br><br><br>    Defendants. | Case No. 3:09-CV-04198-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the

following stipulation pursuant to Civil L.R. 16-8 and ADR 3-5:

The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R. 5). As this

SF01DOCS\16143.1

ADR Stipulation, Case No. 3:09-CV-04198-SBA

case is not at issue, the parties request postponement of ADR until after disposition of Defendants' pending Motion to Dismiss, and the pleadings are settled.

Dated: January 4, 2010        **HASSAN LAW FIRM**
　　　　　　　　　　　　　　　Rey Hassan


By: /s/ Rey Hassan
　　　Rey Hassan
　　　Attorney for Plaintiff
　　　ASIF M. QURESHI

Dated: January 4, 2009        **BRYAN CAVE LLP**
　　　　　　　　　　　　　　　James Goldberg
　　　　　　　　　　　　　　　Berrie R. Goldman


By: /s/ Berrie R. Goldman
　　　Berrie R. Goldman
　　　Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION, COUNTRYWIDE BANK FSB, RECONTRUST COMPANY, and RECONTRUST COMPANY, N.A.

IT IS SO ORDERED.

Dated: 1/11/10

　　　　　　　　　　　　　　　　　*Sandra B. Armstrong*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE