**HASSAN LAW FIRM**
Rey Hassan, California Bar No. 50717
1801 Bush Street #304
San Francisco, CA 94109
Telephone: (415) 775-9700
Facsimile: (415) 775-2507
Email: reylaw@earthlink.net

Attorney for Plaintiff
ASIF M. QURESHI

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Berrie R. Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
E-Mail:  james.goldberg@bryancave.com
         berrie.goldman@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION, COUNTRYWIDE BANK FSB, RECONTRUST COMPANY, and RECONTRUST COMPANY, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ASIF M. QURESHI<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; BANK OF AMERICA; RECONTRUST COMPANY AND RECONTRUST COMPANY, N.A., WHOLLY-OWNED SUBSIDIARIES OF BANK OF AMERICA<br><br>Defendants. | Case No. 3:09-CV-04198-SBA<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>The Honorable Saundra Brown Armstrong |

SF01DOCS\17647.1
Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), Case No. 3:09-CV-04198-SBA

WHEREAS, Plaintiff Asif M. Qureshi ("Plaintiff") has voluntarily agreed to dismiss this action,

IT IS STIPULATED AND AGREED by Plaintiff and Defendants Countrywide Home Loans, Inc., Countrywide Bank, FSB, Bank of America Corporation, ReconTrust Company, and ReconTrust Company, N.A., by and through their counsel of record, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: 4/2/10, 2010

HASSAN LAW FIRM
Rey Hassan

By: _____
Rey Hassan
Attorney for Plaintiff
ASIF M. QURESHI

Dated: April 2, 2010

BRYAN CAVE LLP
James Goldberg
Berrie R. Goldman

By: _____
Berrie R. Goldman
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION, COUNTRYWIDE BANK FSB, RECONTRUST COMPANY, and RECONTRUST COMPANY, N.A.

IT IS SO ORDERED.

Dated: 4/9/10

_____
UNITED STATES DISTRICT JUDGE

SF01DOCS\17647.1

2

Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), Case No. 3:09-CV-04198-SBA